**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| YOLANDA LACKLAND, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 9:18-CV-00198-RC |
| § | Judge Clark |
| v. § | |
| § | |
| LOWE'S COMPANIES, INC., § | |
| § | |
| Defendant. § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties filed Joint Stipulation of Dismissal with Prejudice [Dkt. #13], requesting that Plaintiff Yolanda Lackland's case be dismissed with prejudice and for each party to bear its own costs.

IT IS THEREFORE ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice [Dkt. #13] is **GRANTED** and that Plaintiff Yolanda Lackland's case against Lowe's Companies, Inc. is DISMISSED WITH PREJUDICE with each party to bear its own costs.

So **ORDERED** and **SIGNED** August 11, 2019.

_____
Ron Clark, Senior District Judge